UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
JAN 17 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA | § |
|---|---|
| v. | § |
| STEVEN DELGADO | § DR-11-CR-882 |

## GOVERNMENT'S LIST OF WITNESSES

| WITNESS # | NAME | AGENCY |
|---|---|---|
| 1 | Scott Morris | United States Marshals Service |
| 2 | Adrian Pena | United States Marshals Service |
| 3 | Ninfa Leal | |
| 5 | Joal Jessica Bryant | |
| 6 | Liliana Torres-Rodriguez | |
| 7 | Simon Perez | |

Respectfully Submitted,

ROBERT PITMAN
United States Attorney

*/s/ Donald L. McCune, Jr.*
Donald L. McCune, Jr.
Assistant United States Attorney