UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CAUSE NO. DR-11-CR-882- AM |
| § | |
| STEVEN LEE DELGADO § | |

**DELGADO'S SUPPLEMENTAL PROSPECTIVE WITNESS LIST**

TO THE HONORABLE ALIA MOSES, UNITED STATES DISTRICT JUDGE:

      Defendant, STEVEN LEE DELGADO, by counsel, respectfully provides the following list of prospective witnesses to the Court for her use in conducting the Voir Dire of the jury in this case. As in every criminal case, the defendant is a prospective witness and has the right to testify or not, and no inference of guilt may be drawn from his exercise of his right to remain silent.

1. Jessica Covarrubias

2. Veronica Hernandez

3. Victor Lopez

4. Wayne Moss

5. Marisol Perez Gallegos

6. Adrian Pena

7. Carlos Puente

8. Irene Vasquez

                                                     Respectfully submitted,

                                                     HENRY J. BEMPORAD
                                                   Federal Public Defender


                                                 _____/S/_____
                                                 LOUIS W. CORREA
                                                 Assistant Federal Public Defender
                                                 Western District of Texas
                                                 2205 Veterans Blvd, Ste. A2
                                                 Del Rio, Texas 78840–5538
                                                 Tel: (830) 703–2040
                                                 Fax: (830) 703-2047
                                                 State Bar Number: 04839600
                                                 *Attorney for Defendant*


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 23rd day of Feburary , 2012, I electronically filed the foregoing with the clerk using the CM/ECF system which will send notice to the to  following:


Mr. Don McCune, Assistant United States Attorney
Federal Building-U.S. Courts
111 E. Broadway, Suite 300
Del Rio, Texas 78840

                                                 _____/S/_____
                                                 Louis W. Correa