UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION


UNITED STATES OF AMERICA        §
                                §
VS.                             §        CAUSE NO. DR-11-CR-882 AM
                                §
STEVEN LEE DELGADO              §

**STEVEN LEE DELGADO'S EXHIBIT LIST**


TO THE HONORABLE ALIA MOSES, UNITED STATES DISTRICT JUDGE:

    Defendant, STEVEN LEE DELGADO, by counsel, respectfully provides the following list of exhibits to the Court:

| Title | Description | Offered | Admitted | Denied |
|---|---|---|---|---|
| Exhibits 1 | Crystal City Correctional Shift Roster | | | |
| Exhibits 2 | Certificate of Completion Basic Jail Course | | | |
| Exhibits 3 | Law Enforcement Training Academy TCIC/NCIC Policy and Procedures | | | |
| Exhibits 4 | Southwest Texas Junior College-Tactical Skills Continuing Education | | | |
| Exhibit 5 | Southwest Texas Junior College- Basic Jail Course Continuing Education | | | |
| Exhibit 6 | Crystal City High School Diploma | | | |

Respectfully submitted.

HENRY J. BEMPORAD
Federal Public Defender

/S/
-------------------------------------------------
LOUIS W. CORREA
Assistant Federal Public Defender
Western District of Texas
2205 Veterans Blvd, Ste. A2
Del Rio, Texas 78840–5538
Tel: (830) 703–2040
Fax: (830) 703-2047
State Bar Number: 04839600
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of February, 2012, this Trial document was
served via electronic ECM-CMF on AUSA Donald Lee McCune.

/S/

_____
LOUIS W. CORREA